

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00065-CR

| | | |
|---|---|---|
| Billy Don Russell, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1498393D) |
| v. | § | October 10, 2019 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgments. Each of the three judgments is modified to show that sex offender registration requirements apply and that the age of the victim at the time of the offenses was nine years old. It is ordered that the judgments of the trial court are affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM